**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| STACY ABRON, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-cv-50238 |
| VI-JON, LLC, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE OF MICHAEL F. HEALY

To: The Clerk of the Court and all counsel of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for defendant Vi-Jon, LLC.

Dated: December 22, 2022	Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael F. Healy*

Michael F. Healy (appearing pro hac vice)
**SHOOK HARDY & BACON, L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
Email: eweissenberger@shb.com

*Counsel for Defendant Vi-Jon, LLC..*