# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Stacy Abron,

Plaintiff,

v.

Vi-Jon, LLC,

Defendant.

Case No. 22 C 50238
Judge Philip G. Reinhard

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

      which ☐ includes         pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other:    Defendant's motion to dismiss is granted.  Case dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Reinhard granting defendant's motion to dismiss and dismissing case with prejudice.

Date:  June 20, 2023                    Thomas G. Bruton, Clerk of Court

                                                /s/ Rhonda Jones, Deputy Clerk